## Fraser v. Culvert.

(Decided February 26, 1926.)

## Appeal from Ballard Circuit Court.

Appeal and Error—Court of Appeals will dismiss appeal, where judgment involves less than $200.00, for want of jurisdiction (Ky. Stats., section 950-1).

J. B. WICKLIFFE for appellant.

M. C. ANDERSON for appellee.

OPINION OF THE COURT BY JUDGE DIETZMAN—Dismissing appeal.

This is an appeal from a personal judgment against the appellant in favor of the appellee in the sum of $180.-38 with interest and costs. As we have no jurisdiction of such an appeal, since the amount involved is less than $200.00, it must be and it is hereby dismissed. Kentucky Statutes, section 950-1.